**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| VERMONT FEDERATION OF SPORTSMEN'S CLUBS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW BIRMINGHAM, *et al.*, <br><br> *Defendants*. | Case No. 2:23-cv-00710 |

**INDEX OF ATTACHMENTS (ECF No. 2)**

**Attachment 1**: Memorandum of Law in Support of Motion for a Preliminary Injunction

**Attachment 2**: Exhibit A (Paul Dame's Declaration in Support of Motion for a Preliminary Injunction)

**Attachment 3**: Exhibit B (Marsha Thompson's Declaration in Support of Motion for a Preliminary Injunction)

**Attachment 4**: Exhibit C (William Cleary's Declaration in Support of Motion for a Preliminary Injunction)

**Attachment 5**:  Exhibit D (John Cioffi's Declaration in Support of Motion for a Preliminary Injunction)

**Attachment 6**: Exhibit E (Christopher Bradley's Declaration in Support of Motion for a Preliminary Injunction)

**Attachment 7**: Exhibit F (2021 National Firearms Survey: Updated Analysis Including Types of Firearms Owned)

**Attachment 8**: Exhibit G (2021 National Firearms Survey: Analysis of Magazine Ownership and Use)