UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| VERMONT FEDERATION OF SPORTSMEN'S CLUBS, <br><br>POWDERHORN OUTDOOR SPORTS CENTER, INC., <br><br>JPC, INC. (D/B/A BLACK DOG SHOOTING SUPPLIES), <br><br>PAUL DAME, and <br><br>MARSHA J. THOMPSON <br><br>       Plaintiffs, <br><br>  v. <br><br>MATTHEW BIRMINGHAM, Director of the Vermont State Police, in his Official and Personal Capacities, <br><br>CHARITY CLARK, Attorney General of the State of Vermont, in her Official and Personal Capacities, and <br><br>SARAH GEORGE, State's Attorney for Chittenden County, in her Official and Personal Capacities, <br><br>       Defendants. | Civil Case No. 2:23-cv-00710 |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME FOR RULE 26(f) CONFERENCE AND FILING OF DISCOVERY SCHEDULE

Defendants ask that the Court extend the deadline for the parties to confer on a discovery schedule pending a ruling on Defendants' motion to consolidate Plaintiffs' preliminary injunction motion with the merits (Doc. 14). Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26(a), the parties are required to file a proposed Discovery Schedule by February 5 and to confer regarding discovery planning and the schedule 21 days prior to February 5 (January 15).  The parties have

communicated regarding Defendants' motion to consolidate the preliminary injunction and the merits and have also agreed on a deadline for initial disclosures. *See* Docs. 14-1, 14-2. At this point, however, because the parties disagree about consolidation, further discussion of a proposed discovery schedule is unlikely to be productive until the Court rules on the pending motion. And given the nature of the case, other matters such as ESI protocols and/or a protective order do not appear to be significant topics for discussion.

Defendants accordingly request that the Court extend the parties' deadline for a Rule 26(f) conference, and potentially the deadline for filing a proposed discovery schedule, as follows: order the parties to conduct a Rule 26(f) conference and file a proposed discovery order no later than 10 calendar days after the Court rules on Defendants' Motion for Extension of Time and for Court to Direct Entry of Scheduling Order Consolidating Plaintiffs' Preliminary Injunction Motion With the Merits (Doc. 14). That timing allows the parties to hold a Rule 26(f) conference when it will be productive and efficient to do so, while ensuring that the parties act promptly to confer about and propose a schedule consistent with the Court's decision on the motion.

## CONCLUSION

For the reasons given above, Defendants respectfully request that the Court grant this motion, extend the deadline for the parties' Rule 26(f) conference, and direct that the parties conduct a Rule 26(f) conference and file a proposed discovery order no later than 10 calendar days after the Court rules on Defendants' pending motion (Doc. 14).

## LOCAL RULE 7(a)(7) CERTIFICATION

The undersigned certifies that counsel for Defendants and counsel for Plaintiffs communicated in good faith on January 23, 2024 regarding Plaintiffs' position on the relief sought in the above motion. Counsel for Plaintiffs advised that they take no position on the motion.

| | |
|---|---|
| Dated: January 24, 2024 | Respectfully Submitted, |

                                                      */s/ David R. Groff*
                                                     David R. Groff
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, Vermont 05609-1001
(802) 828-1101
david.groff@vermont.gov

Bridget Asay
Michael Donofrio
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, Vermont 05602
(802) 858-4285
basay@stris.com
mdonofrio@stris.com

*Attorneys for Defendants*