UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| VERMONT FEDERATION OF SPORTSMEN'S CLUBS; POWDERHORN OUTDOOR SPORTS CENTER, INC.; JPC, INC. (d/b/a BLACK DOG SHOOTING SUPPLIES; PAULE DAME; and MARSHA J. THOMPSON;<br>    Plaintiffs,<br><br>v.<br><br>MATTHEW BIRMINGHAM, Director of the Vermont State Police, in his Official and Personal Capacities; CHARITY CLARK, Attorney General of the State of Vermont, in her Official and Personal Capacities; and SARAH GEORGE, State's Attorney for Chittenden County, in her Official and Personal Capacities;<br>    Defendants. | Case No. 2:23-cv-710 |

## DISCOVERY CERTIFICATE

I hereby certify that on the 7th day of February 2024, I served *Defendants' Initial Disclosures* upon Plaintiffs by sending the same via e-mail to Plaintiffs' counsel:

Brady Toensing                   Matthew Hardin
brady@digtoe.com                 matthewdhardin@gmail.com

DATED at Montpelier, Vermont this 8th day of February 2024.

                        STATE OF VERMONT

                        CHARITY R. CLARK
                        ATTORNEY GENERAL

By:   */s/ David R. Groff*
      David R. Groff
      Assistant Attorney General
      Office of the Attorney General
      109 State Street
      Montpelier, VT 05609-1001
      (802) 828-1101
      David.Groff@vermont.gov

      Counsel for Defendants