UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| VERMONT FEDERATION OF SPORTSMEN'S CLUBS,<br><br>POWDERHORN OUTDOOR SPORTS CENTER, INC.,<br><br>JPC, INC. (D/B/A BLACKDOG SHOOTING SUPPLIES,<br><br>PAUL DAME, and<br><br>MARSHA J. THOMPSON,<br><br>                        *Plaintiffs,*<br><br>   vs.<br><br>MATTHEW BIRMINGHAM, Director of the Vermont State Police, in his Official and Personal Capacities,<br><br>CHARITY CLARK, Attorney General of the State of Vermont, in her Official and Personal Capacities, and<br><br>SARAH GEORGE, State's Attorney for Chittenden County, in her Official and Personal Capacities,<br><br>                       *Defendants.* | Case No. 2:23-cv-00710 |

**PARTIALLY STIPULATED MOTION FOR LEAVE TO
APPEAR AS AMICUS CURIAE**

      Giffords Law Center to Prevent Gun Violence, Brady Center to Prevent Gun Violence, and March For Our Lives seek leave to appear as amicus curiae pursuant to Fed. R. App. Proc. 29 and to jointly submit a brief in support of the State's Opposition to Plaintiffs' Motion for Preliminary Injunction.  Defendants consent to this filing and Plaintiffs have expressly stated that

they take no position on the filing of an amicus brief. The moving parties' proposed brief is attached hereto as **Attachment A**.

Giffords Law Center to Prevent Gun Violence ("Giffords Law Center"), formerly the Law Center to Prevent Gun Violence, is a national, nonprofit organization dedicated to reducing gun deaths in America. The organization provides legal expertise in support of effective gun safety laws, and has filed numerous amicus briefs involving firearms regulations and constitutional principles affecting gun policy.

Brady Center to Prevent Gun Violence is the nation's most longstanding non-partisan, non-profit organization dedicated to reducing gun violence through education, research, legal advocacy and political action.

March for Our Lives is a youth-led non-profit organization dedicated to promoting civic engagement, education and direct action by youth to achieve sensible gun violence prevention policies.

By appearing as amicus curiae, these organizations seek to provide the Court with perspective and data on (1) the unique role that large capacity magazines play in increasing the lethality of mass shooting incidents and their regulation across jurisdictions; (2) the efficacy of waiting periods in reducing impulsive acts of gun violence, including gun homicides and suicides; and (3) the body of historical precedent and constitutional law addressing large capacity magazines and waiting periods that will inform the Court's decision in this matter. The issues presented in this case are of statewide and national importance and warrant input from a range of organizations and perspectives. The moving parties are represented by experienced Vermont counsel. The proposed amicus brief will thus be useful to the Court in deciding the issues before it. *See Allen v. Dairy Farmers of Am., Inc.*, No. 5:09-CV-230, 2015 WL 13979688, at *3 (D. Vt.

Sept. 14, 2015); *Entergy Nuclear Vt. Yankee, LLC v. Shumlin*, 2011 WL 1883040, at *3-4 (D. Vt. May 17, 2011).

Further, the moving parties seek leave to expand the amicus page limit from 15 to 32 pages because the Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen* requires the Court to consider whether "the regulation is consistent with this Nation's historical tradition of firearm regulation." 597 U.S. 1, 17 (2022). Two distinct regulations face constitutional challenge in this case and additional pages are necessary to address the historical evidence in support of each.

WHEREFORE, Giffords Law Center to Prevent Gun Violence, March For Our Lives, and Brady Center to Prevent Gun Violence respectfully request that the Court GRANT this motion and permit them to appear as amicus curiae, and to enlarge the page limit for their opposition brief to 32 pages.

Burlington, Vermont.  February 28, 2024

                DOWNS RACHLIN MARTIN PLLC

By:   */s/ Jennifer McDonald*
      Tristram J. Coffin, Esq.
      Jennifer E. McDonald, Esq.
      Monica H. Allard, Esq.
      199 Main Street, P.O. Box 190
      Burlington, VT 05402-0190
      Tel. 802-863-2375
      E-Mail: tcoffin@drm.com
      E-Mail: jmcdonald@drm.com
      E-Mail: mallard@drm.com

      William Clark, Esq.
      Giffords Law Center to Prevent
      Gun Violence
      233 West 38th St. #90
      New York, NY 10019
      (917) 680-3473

      Counsel for Giffords Law Center to Prevent Gun Violence, March For Our Lives, and Brady Center to Prevent Gun Violence

22545836.2

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I caused a copy of the foregoing to be served upon all counsel of record via the Court's CM/ECF system.

By: */s/ Jennifer McDonald*
Jennifer McDonald
