UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| VERMONT FEDERATION OF SPORTSMEN'S CLUBS, <br> POWDERHORN OUTDOOR SPORTS CENTER, INC., <br> JPC, INC. (D/B/A BLACK DOG SHOOTING SUPPLIES), <br> PAUL DAME, and <br> MARSHA J. THOMPSON <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW BIRMINGHAM, Director of the Vermont State Police, in his Official and Personal Capacities, <br> CHARITY CLARK, Attorney General of the State of Vermont, in her Official and Personal Capacities, and <br> SARAH GEORGE, State's Attorney for Chittenden County, in her Official and Personal Capacities, <br> Defendants. | Civil Case No. 2:23-cv-00710 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

A recent decision from the First Circuit provides further support for Defendants' opposition to Plaintiffs' request for a preliminary injunction in this case. In *Ocean State Tactical, LLC v. Rhode Island*, 2024 WL 980633, __ F.4th __ (1st Cir. March 7, 2024), the First Circuit affirmed the denial of a preliminary injunction directed at Rhode Island's ban on large-capacity magazines. *Id.* at *1 (Attachment 1). Among other things, the First Circuit found "no evidence that American society previously confronted" the current problem of "LCM-aided mass shootings," and that banning LCMs "imposes no meaningful burden on the ability of Rhode Island's residents to defend themselves." *Id.* at *3-4. After surveying historical evidence similar

1

to the evidence presented by Defendants here, the court concluded that any burden on self-defense "is no greater than the burdens of longstanding, permissible arms regulations, and its justification compares favorably with the justification for prior bans on other arms found to pose growing threats to public safety." *Id.* at *8. The First Circuit also rejected arguments similar to those advanced by Plaintiffs here, including what the court deemed the "popularity test." *Id.* at *9.

Dated: March 13, 2024                                Respectfully Submitted,

*/s/ David R. Groff*
David R. Groff
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, Vermont 05609-1001
(802) 828-1101
david.groff@vermont.gov

Bridget Asay
Michael Donofrio
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, Vermont 05602
(802) 858-4285
(802) 858-4465
basay@stris.com
mdonofrio@stris.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on March 13, 2024, and served by the same means on all counsel of record.

By:   */s/ Bridget Asay*
        Bridget Asay
        STRIS & MAHER LLP
        15 East State Street, Suite 2
        Montpelier, Vermont 05602
        (802) 858-4285
        basay@stris.com