UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| VERMONT FEDERATION OF SPORTSMEN'S CLUBS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW BIRMINGHAM, *et al.*, <br><br> *Defendants*. | Case No. 2:23-cv-710 |

**PLAINTIFFS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

NOW COME Plaintiffs, by and through undersigned counsel, and hereby file the following Notice of Supplemental Authority:

1. Attached hereto is a recent decision of the Ninth Circuit in *United States v. Duarte*, No. 22-50048, 2024 U.S. App. LEXIS 11323 (9th Cir. May 9, 2024).

2. In *Duarte,* the Court held that "The Second Amendment guarantee[s] to 'all Americans' the right to bear commonly used arms in public subject to certain reasonable, well-defined restrictions" and the Court therefore "reject[ed] the Government's position that 'the people,' as used in the Second Amendment, refers to a narrower, 'unspecified subset' of virtuous citizens." *United States v. Duarte*, No. 22-50048, 2024 U.S. App. LEXIS 11323, at *25 (9th Cir. May 9, 2024). The *Duarte* court emphatically held that the Second Amendment applies by its plain text to all American citizens.

3. As to *Bruen*'s "second step" – finding historical analogs to modern regulations – the *Duarte* court cited Bruen for the proposition that "Courts should not

1

uphold every modern law that remotely resembles a historical analogue because doing so risk[s] endorsing outliers that our ancestors would never have accepted." *Id*. at \*66.  The Court therefore emphasized that it is not an analog if the State can point to a historical law that merely "remotely resembles" a modern law. *Id*.

WHEREFORE, Plaintiffs respectfully submit that this Court should apply the principles of *Duarte* and should hold that Vermont's distinction between weaponry that is available to ordinary citizens and that which is available to law enforcement – or certain classes of "grandfathered" citizens –  is inconsistent with any historical tradition and with the plain text of the Second Amendment, which guarantees a right to "the people" and not to any "unspecified subset" of virtuous citizens that Vermont might wish to enjoy special protection.

Respectfully submitted,

HARDIN LAW OFFICE

By: /s/ *Matthew D. Hardin*
    Matthew D. Hardin, Vt. Bar. 5815
1725 Eye Street NW, Suite 300
Washington, DC 20006
Phone: (202) 802-1948
Email: Matt@MatthewHardin.com

*Attorney for Plaintiff*

DIGENOVA & TOENSING, LLP

By: */s/ Brady C. Toensing*
    Brady C. Toensing
1775 Eye Street NW, Suite 1150
Washington, DC 20006
Phone: (202) 289-7701
Email: brady@digtoe.com

*Attorneys for Plaintiff*