THIRD REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

*Same date/new time

Vermont Federation of Sportsmen's Clubs et al

      v.                                                                      Case No. 2:23-cv-710

Matthew Birmingham et al


TAKE NOTICE that the above-entitled case has been rescheduled at 09:30 a.m. on Thursday, May 23, 2024 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a hearing on Motion for Preliminary Injunction.

Location: 110                                                                    JEFFREY S. EATON, Clerk
RESCHEDULED FROM:   5/23/2023 at 9:30 a.m.
                                                                                              By: /s/ *Lisa Wright*
                                                                                              Deputy Clerk
                                                                                              5/20/2024


TO:

Brady C. Toensing, Esq.
Matthew D. Hardin, Esq.

Bridget C. Asay, Esq.
David R. Groff, Esq.
Michael N. Donofrio, Esq.

Jennifer E. McDonald, Esq.

Court Reporter