✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

Vermont Federation of Sportsmen's Club et al

V.

Matthew Birmingham et al

**EXHIBIT AND WITNESS LIST**

Case Number: 2:23-cv-710

| PRESIDING JUDGE William K. Sessions III | PLAINTIFF'S ATTORNEY Brady Toensing, Matthew Hardin | DEFENDANT'S ATTORNEY Bridget Asay, David Groff, Michael Donofrio |
|---|---|---|
| TRIAL DATE (S) 5/23/2023 and 6/3/2024 | COURT REPORTER Johanna Masse (5/31), JoAnn Carson (6/30) | COURTROOM DEPUTY Lisa Wright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | WITNESSES |
| X | | 5/23/2024 | | | Christopher Bradley |
| X | | 5/23/2024 | | | William Cleary |
| X | | 5/23/2024 | | | Lucy P. Allen |
| | X | 6/3/2024 | | | Dr. Robert Spitzer |
| | | | | | EXHIBITS |
| | 13 | 5/23/2024 | Y | Y | Photo of item from Powderhorn's website that is availabe for sale |
| | 1 | 5/23/2024 | Y | Y | Declaration of Lucy P. Allen dated 2/19/2024 |
| | 2 | 6/3/2024 | Y | Y | Declaration of Robert Spitzer dated 2/19/2024 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages