UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| VERMONT FEDERATION OF SPORTSMEN'S CLUBS, *et al.* <br><br> *Plaintiffs*, <br><br> **v.** <br><br> MATTHEW BIRMINGHAM, et al. <br><br> *Defendants*. | Case No. 2:23-cv-00710 |

**NOTICE CORRECTING ERROR**

NOW COME the Plaintiffs, and hereby give NOTICE that Exhibit 13, which was admitted into evidence at the May 23, 2024 hearing in this matter and was properly identified and labeled at ECF59 at 2, was incorrectly identified and labeled at ECF 61.

A copy of the correctly labeled entry is attached hereto as Exhibit A (with the description of the Exhibit highlighted in yellow). A copy of the incorrectly labeled entry is attached hereto as Exhibit B (with the incorrect entry circled). A declaration from Bill Cleary, through whom the relevant Exhibit was admitted into evidence, is attached hereto as Exhibit C. A copy of Exhibit 13 is also attached hereto as Exhibit D for ease of reference.

Respectfully submitted,

| | |
|---|---|
| HARDIN LAW OFFICE | DIGENOVA & TOENSING, LLP |
| By: */s/ Matthew D. Hardin* | By: */s/ Brady C. Toensing* |
|    Matthew D. Hardin, Vt. Bar. 5815 |    Brady C. Toensing |
| 1725 Eye Street NW, Suite 300 | 1775 Eye Street NW, Suite 1150 |
| Washington, DC 20006 | Washington, DC 20006 |
| Phone: (202) 802-1948 | Phone: (202) 289-7701 |
| Email: Matt@MatthewHardin.com | Email: brady@digtoe.com |
| *Attorney for Plaintiff* | *Attorneys for Plaintiff* |