AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**DISTRICT OF** VERMONT

Vermont Federation of Sportsmen's Club et al

V.

Matthew Birmingham et al

## REVISED EXHIBIT AND WITNESS LIST

Case Number: 2:23-cv-710

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William K. Sessions III | Brady Toensing, Matthew Hardin | Bridget Asay, David Groff, Michael Donofrio |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/23/2023 and 6/3/2024 | Johanna Masse (5/31), JoAnn Carson (6/30) | Lisa Wright |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | WITNESSES |
| X |   | 5/23/2024 |   |   | Christopher Bradley |
| X |   | 5/23/2024 |   |   | William Cleary |
|   | X | 6/3/2024 |   |   | Dr. Robert Spitzer |
|   |   |   |   |   |   |
|   |   |   |   |   | EXHIBITS |
|   | 13 | 5/23/2024 | Y | Y | Mec-Gar magazine depicting an item from Mec-Gar Website |
|   | 1 | 5/23/2024 | Y | Y | Declaration of Lucy P. Allen dated 2/19/2024 |
|   | 2 | 6/3/2024 | Y | Y | Declaration of Robert Spitzer dated 2/19/2024 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages