## UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| VERMONT FEDERATION OF SPORTSMEN'S CLUBS, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> MATTHEW BIRMINGHAM, *et al.*, <br><br> *Defendants*. | Case No. 2:23-cv-710 |

# NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 4 and 28 U.S.C. § 1292 (a), NOTICE is hereby given this the 29th day of July 2024, that Plaintiffs, the Vermont Federation of Sportsmen's Clubs, Inc., Powderhorn Outdoor Sports Center, Inc., JPC, Inc., Paul Dame, and Marsha Thompson, hereby appeal to the United States Court of Appeals for the Second Circuit from the order of this Court denying Plaintiffs' Motion for a Preliminary Injunction, ECF2, which order was in favor of Defendants and against Plaintiffs. ECF74.

Respectfully submitted,

| | |
|---|---|
| HARDIN LAW OFFICE | DIGENOVA & TOENSING, LLP |
| By: */s/ Matthew D. Hardin* <br>       Matthew D. Hardin <br> 1725 Eye Street NW, Suite 300 <br> Washington, DC 20006 <br> Phone: (202) 802-1948 <br> Email: Matt@MatthewHardin.com | By: */s/ Brady C. Toensing* <br>       Brady C. Toensing <br> 1775 Eye Street NW, Suite 1150 <br> Washington, DC 20006 <br> Phone: (202) 289-7701 <br> Email: brady@digtoe.com |
| *Attorney for Plaintiff* | *Attorneys for Plaintiff* |

## **Certificate of Service**

    I hereby certify that on this the 29th day of July 2024, I served a true and correct copy of the foregoing, upon Defendants via filing the same through CM/ECF.

                                     <u>/s/ Matthew D. Hardin</u>
                                     Matthew D. Hardin